UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD BAGSBY,<br><br>    Petitioner,<br><br>    v.<br><br>ROBERT W. FOX,<br><br>    Respondent. | No. 2:18-cv-00650 GGH<br><br><br>ORDER |

Petitioner proceeds in this action pro se, ECF No. 1, and now requests to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. ECF No. 2. An examination of plaintiff's request and accompanying affidavit demonstrates that he is unable to pay the fees and costs associated with this case and the court will, therefore, GRANT his motion for in forma pauperis status.

Petitioner's filed a 7 page habeas petition in which he indicates he has attached grounds for relief, supporting facts and applicable case law. None of the attachments to which he refers have been filed with the court. Therefore, there is no basis upon which to determine the matter should be served on defendant.

In light of the foregoing IT IS HEREBY ORDERED that:

1. Petitioner's motion to proceed in forma pauperis is GRANTED;

2. Petitioner's petition is dismissed as an incomplete document and Petitioner shall, within 30 days of the date of this order, file an amended petition for habeas corpus that provides

the facts supporting his petition, references to applicable law and the grounds he asserts for relief. Petitioner is warned that failure to obey this Order may result in a recommendation that his petition be dismissed.

    3.    The Clerk of the court is directed to enclose a copy of ECF No. 1, the petition, with the IFP application when it is mailed to petitioner.

Dated: April 6, 2018

    /s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE